IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ENRIQUE MONTES d/b/a § | | |
| ENRIQUE MONTES DISTRIBUTOR § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 1:22-CV-037 |
| § | | |
| BLACKBOARD INSURANCE § | | |
| COMPANY, PAUL SERAFIN, and § | | |
| KEVIN JOHNSON, § | | |
| § | | |
| *Defendant*s. § | | |

### REPORT AND RECOMMENDATION ON DEFENDANTS' UNOPPOSED MOTION TO DISMISS

Pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and the Local Rules for the United States District Court for the Eastern District of Texas, United States District Judge Marcia A. Crone referred this matter to the undersigned United States magistrate judge for all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. (Doc. #4.) Pending before the court is Defendants' Motion to Dismiss Kevin Johnson and Paul Serafin. (Doc. #20.)

**Procedural Background**

This case arises from business property (food inventory) loss from a power outage caused by Hurricane Laura. (Doc. #2.) Plaintiff, Enrique Montes d/b/a Enrique Montes Distributor, originally filed suit in the 58th District Court of Jefferson County, however, Defendants Blackboard Insurance, and two of their insurance adjusters Paul Serafin and Kevin Johnson, promptly removed the case to the Eastern District under diversity jurisdiction. (Doc. #1.) After removal, Defendant Blackboard Insurance filed notice and elected to accept the liability, if any, of

the individual Defendants under Section 542A.006 of the Texas Insurance Code. (Doc. #19.) The individual insurance adjuster Defendants, Paul Serafin and Kevin Johnson, now move for dismissal of all claims against them with prejudice, pursuant to 542A.006(c) of the Texas Insurance Code. (Doc. #20.) This motion is unopposed by Plaintiff.

### Recommendation

Based on the foregoing, the undersigned recommends that this motion be granted, and that Defendants Kevin Johnson and Paul Serafin be dismissed, with prejudice, pursuant to Tex. Ins. Code § 542A.006(c).

### Objections

Pursuant to 28 U.S.C. § 636(b)(1)(C), each party to this action has the right to file objections to this Report and recommendation. Objections to this Report must (1) be in writing, (2) specifically identify those findings or recommendations to which the party objects, (3) be served and filed within fourteen (14) days after being served with a copy of this Report, and (4) be no more than eight pages in length. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2); E.D. Tex. Civ. R. CV-72(c). A party who objects to this Report is entitled to a *de novo* determination by the United States district judge of those proposed findings and recommendations to which a specific objection is timely made. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3).

A party's failure to file specific, written objections to the proposed findings of fact and conclusions of law contained in this Report, within fourteen (14) days of being served with a copy of this Report, bars that party from: (1) entitlement to *de novo* review by the United States district judge of the findings of fact and conclusions of law, and (2) appellate review, except on grounds of plain error, of any such findings of fact and conclusions of law accepted by the United States

district judge. *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988): *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996.)

**SIGNED this the 29th day of March, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE