| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ENRIQUE MONTES d/b/a §
ENRIQUE MONTES DISTRIBUTOR, §
§
*Plaintiff,* §
§
*versus* § CIVIL ACTION NO.1:22 -CV-037
§
BLACKBOARD INSURANCE §
COMPANY, PAUL SERAFIN, §
and KEVIN JOHNSON, §
§
*Defendants.* §

## MEMORANDUM AND ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Enrique Montes filed this insurance dispute claim against Defendants Blackboard Insurance Company, Paul Serafin, and Kevin Johnson for Hurricane Laura windstorm damage to his business property. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge issued a Report and Recommendation in which she recommended that the court dismiss Defendants Paul Serafin and Kevin Johnson, with prejudice, pursuant to Texas Insurance Code § 642A.006(c).

The court has received and considered the Report and Recommendation of United States Magistrate Judge field pursuant to such referral, along with the record, pleadings and all available evidence. To date, the parties have not filed objections to the report.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. Therefore, the claims against the defendants, Paul Serafin and Kevin Johnson, are hereby dismissed with prejudice.

**Signed this date**
May 5, 2022

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE