| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| ENRIQUE MONTES d/b/a<br>ENRIQUE MONTES DISTRIBUTOR,<br><br>Plaintiff,<br><br>*versus*<br><br>BLACKBOARD INSURANCE<br>COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 1:22-CV-37<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

On May 5, 2022, the court entered an order dismissing Plaintiff Enrique Montes's ("Montes") claims against Defendants Paul Serafin and Kevin Johnson with prejudice (#23). Subsequently, on September 29, 2022, Montes and Defendant Blackboard Insurance Company filed a Stipulation of Dismissal (#27). Accordingly, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 17th day of October, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE